# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ROBERT LEE GIBSON (ID#) 890364 |
| vs. | |
| ROBERT LEE GIBSON, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROBERT LEE GIBSON** before the United States District Court at Las Vegas, Nevada, on or about 11/22/16, Courtroom 3D, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ALEXANDRA MICHAEL
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada 89101
   702-388-6336
5
6                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
7                                 -oOo-

8  UNITED STATES OF AMERICA,      )   Case No.: 2:16-cr-
                                  )
9           Plaintiff,            )   PETITION FOR WRIT OF HABEUS
                                  )   CORPUS AD PROSEQUENDUM FOR
                                  )   ROBERT LEE GIBSON
10     vs.                        )   (ID#) 890364
                                  )
11 ROBERT LEE GIBSON,             )
                                  )
                                  )
12          Defendant.            )
                                  )
13 _____)

14     The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **ROBERT LEE GIBSON**, is committed by due process of law in the custody of the Warden,

16 Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ROBERT**

17 **LEE GIBSON** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that

18 the said **ROBERT LEE GIBSON** may be present before the United States District Court for the

19 District of Nevada, Las Vegas, Nevada, on ____Tuesday, 11/22/16____ _____, at
                                              Courtroom 3D, VCF

20 the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until

21 excused by the said Court.

22

23

24

That the presence of the said **ROBERT LEE GIBSON** before the United States District Court on or about _____ Tuesday, 11/22/16 Courtroom 3D, VCF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ROBERT LEE GIBSON** before the United States District Court on or about _____ Tuesday, 11/22/16 Courtroom 3D, VCF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 15th day of November, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney