DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087
Alexandra.M.Michael@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00333-JAD-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | DEADLINE FOR GOVERNMENT'S |
| | ) | RESPONSE TO DEFENDANT'S MOTION |
| ROBERT LEE GIBSON, | ) | TO SUPPRESS (Doc #19) |
| | ) | |
| Defendant. | ) | (*Second request*) |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael., Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Esq., counsel for Defendant ROBERT LEE GIBSON, that the deadline for Government's Response to Defendant's Motion to Suppress, currently set for January 9, 2017, Doc. #19, be vacated and continued for seven (7) days, until January 16, 2017, or to a date to be set at the Court's convenience.

This stipulation is entered for the following reasons:

1.    The government needs additional time to review Defendant's Motion to Suppress and file a response.

2. The parties agree to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance filed herein.

| /s/ | /s/ |
|---|---|
| ALEXANDRA MICHAEL | RAQUEL LAZO |
| Assistant United States Attorney | Counsel for Defendant ROBERT LEE GIBSON |
| Counsel for the United States | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-cr-00333-JAD-VCF |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| vs. ) | GOVERNMENT'S RESPONSE |
| ) | TO DEFENDANT'S MOTION |
| ROBERT LEE GIBSON, ) | TO SUPPRESS (Doc #19) |
| ) | |
| Defendant. ) | (*Second request*) |
| ) | |

### FINDING OF FACTS

This stipulation is entered for the following reasons:

1. The government needs additional time to review Defendant's Motion to Suppress and file a response.

2. The parties agree to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

### CONCLUSIONS OF LAW

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance filed herein.

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Motion to Suppress, currently scheduled for January 9, 2017, be vacated and continued to  1-16-2017 .

_____
UNITED STATES MAGISTRATE JUDGE

January 10, 2017