# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT LEE GIBSON,<br><br>　　　　Defendant. | 2:16-cr-00333-JAD-VCF<br>**MINUTE ORDER**<br><br>[Motion to Suppress (ECF No. 15)] |

Before the Court is Defendant Robert Lee Gibson's Motion to Suppress (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Gibson's Motion to Suppress (ECF No. 15) is scheduled for 10:00 a.m., February 6, 2017, in Courtroom 3D.

DATED this 13th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE