RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Robert Gibson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ROBERT GIBSON,<br><br>           Defendant. | Case No. 2:16-cr-333-JAD-VCF<br><br>**STIPULATION TO CONTINUE REPLY TO MOTION TO SUPPRESS DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Robert Gibson, that the reply to the motion to suppress (CR # 15) currently scheduled on Friday, January 20, 2017 at 12:00 p.m.,[1] be vacated and continued to Thursday, January 27, 2017.

This Stipulation is entered into for the following reasons:

---

[1] This is the due date as generated by CM/ECF. However, pursuant to LCR 12-1(a)(3), the deadline should be January 24, 2017.

1. Defense counsel requires additional time to meet and confer with defendant prior to replying to the government's response.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the reply to the motion to suppress.

DATED this 18th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GIBSON,<br><br>　　　　Defendant. | Case No. 2:16-cr-333-JAD-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the reply to the motion to suppress (CR # 15) currently due for Friday, January 20, 2017, be vacated and continued to Friday, January 27, 2017; or to a time and date convenient to the court.

　　　DATED this __18th__ day of January, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE