STEVEN MYHRE
Acting United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087 (Facsímile)
Alexandra.M.Michael@usdoj.gov

Attorneys for Plaintiff United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | 2:16-cr-00333-JAD-VCF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION** |
| ROBERT LEE GIBSON, | ) | (First Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Esq., counsel for Defendant, ROBERT LEE GIBSON, that the deadline to file objections to Report and Recommendation [Dkt. #41] currently due on March 21, 2017 be continued to March 28, 2017.

This stipulation is entered for the following reasons:

1. The additional time requested is not sought for the purpose of delay, but to allow counsel for the Government, sufficient time to research, prepare and file objections.

2. Counsel for the Defendant does not object to the continuance.

3. Defendant is in custody but does not object to the short continuance.

4. Denial of this request could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv), but should not impact the trial setting which is currently set for July 11, 2017.

5. This is the <u>first</u> request for a continuance filed herein.

| /s/ | /s/ |
|---|---|
| ALEXANDRA MICHAEL | RAQUEL LAZO, Esq. |
| Assistant United States Attorney | Counsel for Defendant, ROBERT LEE GIBSON |
| Counsel for the United States | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00333-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION** |
| ROBERT LEE GIBSON, | |
| Defendant. | (First Request) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The additional time requested is not sought for the purpose of delay, but to allow counsel for the Government, sufficient time to research, prepare and file objections.

2. Counsel for the Defendant does not object to the continuance.

3. Defendant is in custody but does not object to the short continuance.

4. Denial of this request could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv), but should not impact the trial setting which is currently set for July 11, 2017.

5. This is the first request for a continuance filed herein.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the deadline to file objections to Report and Recommendation [Dkt. #41] is continued to March 28, 2017.

DATED: 3/22/2017

_____
UNITED STATES MAGISTRATE JUDGE