RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Robert Gibson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ROBERT GIBSON,<br><br>         Defendant. | Case No. 2:16-cr-333-JAD-VCF<br><br>**STIPULATION TO CONTINUE RESPONSE TO GOVERNMENT'S OBJECTIONS TO REPORT AND RECOMMENDATION DATE (ECF # 44)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Robert Gibson, that the response to the Government's Objections to the Report and Recommendation (ECF # 44) currently scheduled on Tuesday, April 11, 2017 at 12:00 p.m., be vacated and continued to Tuesday, April 18, 2017.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the jurisdiction from April 10-16. She requires additional time to review and respond to the government's objections.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the response to the Government's objections to the report and recommendation.

DATED this 10th day of April, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-333-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT GIBSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the response to the Government's Objections to the Report and Recommendation (ECF # 44) currently due for Tuesday, April 11, 2017, be vacated and continued to Tuesday, April 18, 2017; or to a time and date convenient to the court.

DATED this 10th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE