# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT LEE GIBSON,<br><br>    Defendant. | 2:16-cr-00333-JAD-VCF<br>**ORDER** |

  Before the Court is the Motion to Compel United States Marshal to Provide Medical Care for Defendant (ECF No. 57).

  Accordingly,

  IT IS HEREBY ORDERED that a hearing on the Motion to Compel United States Marshal to Provide Medical Care for Defendant (ECF No. 57) is scheduled for 10:00 AM, August 14, 2017, in Courtroom 3D.

  The U.S. Marshal is directed to transport defendant to and from the hearing.

  DATED this 3rd day of August, 2017.

                _____
                CAM FERENBACH
                UNITED STATES MAGISTRATE JUDGE